

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

KHALID ZAMANI,

        Defendant.

- - - - - - - - - - - - - - - X

<u>O R D E R</u>

06 CR 858 (ARR)

       Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Mary K. Barr, it is hereby

       ORDERED that the pending indictment against defendant KHALID ZAMANI, Criminal Docket No. 06-858 (ARR) is dismissed without prejudice.

Dated:    Brooklyn, New York
         March  26 , 2008

                         s/ Judge Allyne R. Ross
                         HONORABLE ALLYNE R. ROSS
                         UNITED STATES DISTRICT JUDGE
                         EASTERN DISTRICT OF NEW YORK